FILED
APR 18 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 23-30051-SMY |
| vs. ) | |
| ) | |
| ) | |
| TREVEON J. RAMSEY, ) | |
| ) | |
| Defendant ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**INTERFERENCE WITH COMMERCE BY ROBBERY**

On or about October 29, 2021, in St. Clair County, Illinois, within the Southern District of Illinois,

**TREVEON J. RAMSEY,**

defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, TREVEON J. RAMSEY, did unlawfully take and obtain property, namely U.S. Currency, belonging to Circle A gas station, from the presence of an employee of Circle A gas station, against his will by means of actual and threatened force, violence and fear of injury, immediate and future, to his person, by brandishing a firearm.

At all times material to this Indictment, Circle A gas station, located at 9618 West Main Street, Belleville, Illinois, was engaged in the sale of food, beverages, gasoline, and tobacco products in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Sections 1951.

## COUNT TWO

### POSSESSING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

On or about October 29, 2021, in St. Clair County, within the Southern District of Illinois,

**TREVEON J. RAMSEY,**

defendant herein, did knowingly use and carry a firearm, during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery as named and fully described in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

During and in the course of the commission of this offense, the defendant herein did brandish a firearm, in violation of 18 U.S.C. 924(c)(1)(A)(ii).

## COUNT THREE

### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about November 30, 2021, in St. Clair County, Illinois, within the Southern District of Illinois,

**TREVEON J. RAMSEY,**

defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, TREVEON J. RAMSEY, did

unlawfully take and obtain property, namely U.S. Currency, belonging to Circle K gas station, from the presence of an employee of Circle K gas station, against her will by means of actual and threatened force, violence and fear of injury, immediate and future, to her person, by brandishing a firearm.

At all times material to this Indictment, Circle K gas station, located at 105 South Main Street, Shiloh, Illinois, was engaged in the sale of food, beverages, gasoline, and tobacco products in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Sections 1951.

## COUNT FOUR

### POSSESSING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

On or about November 30, 2021, in St. Clair County, within the Southern District of Illinois,

**TREVEON J. RAMSEY,**

defendant herein, did knowingly use and carry a firearm, during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery as named and fully described in Count 3, in violation of Title 18, United States Code, Section 924(c)(1)(A).

During and in the course of the commission of this offense, the defendant herein did brandish a firearm, in violation of 18 U.S.C. 924(c)(1)(A)(ii).

A TRUE BILL



FOREPERSON

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: DETENTION